UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA LAU, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, a California corporation, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | No. 2:17–cv–09216–DSF-PLAx<br><br>**ORDER RE JOINT STIPULATION AND PROTECTIVE ORDER** |

**GOOD CAUSE APPEARING,** the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: May 17, 2018　　　　　By:_____

　　　　　　　　　　　　　　THE HONORABLE PAUL L. ABRAMS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE